560

389 A.2d 188

Mendelsohn, Appellant, v. Nazareth Hospital, et al.

Submitted September 12, 1977. James J. DeMarco, and DeMarco & Carrafiello, for appellant; Harold B. Marcus, for appellee, Nazareth Hospital; G. Wayne Renneisen, for appellee, Eugenia Memorial, Inc.; John Walsh, for appellee, Felice, M.D.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.